**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Fontelle Ricardo GROVES,**
**Defendant—Appellant.**

**No. 09–7363.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2009.

Decided: Oct. 8, 2009.

---

* *See Houston v. Lack,* 487 U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Fontelle Ricardo Groves, Appellant Pro Se. Ethan A. Ontjes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fontelle Ricardo Groves appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Groves,* No. 5:05–cr–00195–H–1 (E.D.N.C. July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*